**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7212**

---

DAVID JAMES BARROW,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-00-637-2, CA-00-771-2)

---

Submitted: November 14, 2001          Decided: December 12, 2001

---

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

David James Barrow, Appellant Pro Se. Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David James Barrow seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Barrow v. Angelone, Nos. CA-00-637-2; CA-00-771-2 (E.D. Va. June 20, 2001). We also deny Barrow's motion to strike the affidavit of Henry Allen Thompson, Sr. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED